FILED
SEP - 2 2005
CLERK, U.S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY DEPUTY

X Priority
X Send
Clsd
X Enter
X JS-5/JS-6
JS-2/JS-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

**DANIEL A. DAVIDSON,**

**Plaintiff,**

**v.**

**METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1-10, inclusive,**

**Defendants.**

**CASE NO. SA CV 04-1151 DOC (ANx)**

**JUDGMENT**

Pursuant to the stipulation of the parties, this civil case was called for trial before the Court without a jury on August 9, 2005. On September 2, 2005 the Court rendered its decision and entered its Findings of Fact and Conclusions of Law.

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Plaintiff Daniel E. Davidson is entitled to damages constituting benefits owed since February 11, 2004.

2. Plaintiff Daniel E. Davidson is entitled to reinstatement of his monthly benefits until he is able to work again.

\\

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d)

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP - 2 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

(40)

3. Plaintiff Daniel E. Davidson is entitled to reasonable attorney's fees and costs.

IT IS SO ORDERED.

DATED: September 2, 2005

David O. Carter
DAVID O. CARTER
United States District Judge